

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-19-2014

# In Re: John Gassew

Precedential or Non-Precedential: Non-Precedential

Docket 13-4750

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In Re: John Gassew" (2014). *2014 Decisions.* Paper 193.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/193

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

DLD-158                                                                                                      **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4750
_____

IN RE:  JOHN GASSEW,
                                                                                Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 2:10-cr-00045-001)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 24, 2014

Before:  SMITH, HARDIMAN and GREENBERG, Circuit Judges

(Opinion filed: February 19, 2014)
_____

OPINION
_____

PER CURIAM

    In 2012, Petitioner John Gassew was convicted of two counts of robbery in violation of the Hobbs Act, 18 U.S.C. § 1951(a), and two counts of carrying and using a firearm during a crime of violence.  The District Court sentenced Gassew to 444 months' imprisonment, we affirmed that judgment, see United States v. Gassew, 519 F. App'x 764, 765 (3d Cir. 2013), and the United States Supreme Court denied certiorari.

Shortly after our decision, Gassew, proceeding pro se, moved the District Court for copies of "All Exhibits, Trial Transcripts, Motions, Sentence Transcripts, as well as video recordings, of the Trial in this matter." The Government opposed the motion. In December 2013, when the motion was still pending, Gassew filed this pro se petition for a writ of mandamus, setting forth reasons why the requested materials should be provided to him. On January 16, 2014, the District Court granted his motion. In light of that decision, we will deny Gassew's mandamus petition as moot.[1]

---

[1] To the extent that Gassew asks us to take judicial notice of certain statements made in the Government's opposition to his motion, we deny that request as unnecessary.